IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SALLY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-763-WKW |
| ) | |
| ARROW FINANCIAL SERVICES, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Experian With Prejudice (Doc. # 26), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED, and that Plaintiff's claims against Defendant Experian Information Solutions, Inc., are DISMISSED with prejudice, with these parties to bear their own costs.

There being no remaining claims in this case, the Clerk of the Court is DIRECTED to close this case.

DONE this 22nd day of April, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE